LATHAM & WATKINS LLP
  Michele D. Johnson (SBN 198298)
  650 Town Center Drive, 20th Floor
  Costa Mesa, California 92626
  Telephone: 1.714.540.1235
  Email: michele.johnson@lw.com

  Colleen C. Smith (SBN 231216)
  12670 High Bluff Drive
  San Diego, California 92130
  Telephone: 1.858.523.5400
  Email: colleen.smith@lw.com

  Daniel R. Gherardi (SBN 317771)
  140 Scott Drive
  Menlo Park, California 94025
  Telephone: 1.650.328.4600
  Email: daniel.gherardi@lw.com

*Attorneys for Defendants Michael Cannon-Brookes, Scott Farquhar, Anu Bharadwaj, Cameron Deatsch, Shona Brown, Heather Fernandez, Sasan Goodarzi, Jay Parikh, Enrique Salem, Steven Sordello, Richard P. Wong, and Michelle Zatlyn, and Nominal Defendant Atlassian Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| PATRICIA CAPISTRANO, derivatively on behalf of ATLASSIAN CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL CANNON-BROOKES, SCOTT FARQUHAR, ANU BHARADWAJ, CAMERON DEATSCH, SHONA BROWN, HEATHER FERNANDEZ, SASAN GOODARZI, JAY PARIKH, ENRIQUE SALEM, STEVEN SORDELLO, RICHARD P. WONG, and MICHELLE ZATLYN <br><br> Defendants, <br><br> and <br><br> ATLASSIAN CORPORATION, <br><br> Nominal Defendant. | CASE NO. 4:23-cv-04584-~~DMR~~ MMC <br><br> **STIPULATION AND ~~[PROPOSED]~~ ORDER STAYING DERIVATIVE ACTION** <br><br> ~~Hon. Donna M. Ryu~~ |

**WHEREAS**, on September 6, 2023, Plaintiff Patricia Capistrano ("Plaintiff") filed the above-captioned shareholder derivative action (the "Action") on behalf of nominal defendant Atlassian Corporation ("Atlassian") in this Court alleging claims for breach of fiduciary duty, unjust enrichment, abuse of control, waste of corporate assets, and for violations of Sections 10(b) and 21D of the Securities Exchange Act of 1934 ("Exchange Act") against defendants Michael Cannon-Brookes, Scott Farquhar, Anu Bharadwaj, Cameron Deatsch, Shona Brown, Heather Fernandez, Sasan Goodarzi, Jay Parikh, Enrique Salem, Steven Sordello, Richard P. Wong, and Michelle Zatlyn (collectively, the "Individual Defendants," and with Atlassian, "Defendants," Plaintiff and Defendants, the "Parties");

**WHEREAS**, a factually related consolidated securities class action captioned *City of Hollywood Firefighters' Pension Fund v. Atlassian Corporation*, Case No. 3:23-cv-00519-WHO (N.D. Cal.), is currently pending in this Court (the "Class Action"), in which the plaintiffs assert federal securities law claims against the Company and certain of its officers, and in which Defendants have filed a motion to dismiss;

**WHEREAS**, although Plaintiff contends that this Action has merit independent of and is not dependent on the outcome of the Class Action, the Parties agree that the resolution of the anticipated motion(s) to dismiss in the Class Action may help inform the manner in which this Action proceeds;

**WHEREAS**, in an effort to proceed in the most efficient manner, the Parties agree that this Action should be temporarily stayed until the resolution of any and all motion(s) to dismiss in the Class Action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties through their undersigned counsel of record and subject to approval of the Court, as follows:

1. Defendants hereby accept service of the complaint and waive service of the summons in the Action.

2. This Action, including all deadlines and hearings, is hereby stayed until any and all motion(s) to dismiss in the Class Action have been finally and fully resolved, including that any appeals have been concluded or the time for seeking appellate review has passed with no

1 | further action from the parties to the Class Action.

2 |      3.     Notwithstanding the stay of this Action, Plaintiff may file an amended complaint during the pendency of the stay.  Defendants shall not be obligated to respond to the current complaint or any subsequent complaint while the Action is stayed, and Defendants reserve all rights with respect to any subsequent complaint.

     4.     The Parties have the option to terminate this stay if (a) any related derivative action is not stayed for the same or longer duration and under similar terms; or (b) a settlement of the Class Action is announced by giving thirty days' notice in writing via email to the undersigned counsel for the Parties.

     5.     In the event this stipulated stay of proceedings is lifted, the Parties shall meet and confer, and within fourteen days after the stay is lifted submit a proposed scheduling order to the Court for approval, including the date by which Defendants must move to dismiss the complaint or answer.

     6.     By entering into this Stipulation, the Parties do not waive any rights not specifically addressed herein.  Defendants and Atlassian preserve all rights, objections, arguments, and defenses, including but not limited to *forum non conveniens*, improper venue, jurisdiction, and any defenses under Federal Rules of Civil Procedure 12(b) and 23.1, as well as any and all other procedural or substantive challenges to the Action or any other complaint.

Dated: October 6, 2023

**LATHAM & WATKINS LLP**

By: /s/ Colleen C. Smith
Colleen C. Smith (SBN 231216)
12670 High Bluff Drive
San Diego, California 92130
Telephone: 1.858.523.5400
Email: colleen.smith@lw.com

*Counsel for Defendants and Atlassian*

1  Dated: October 6, 2023                                    **THE BROWN LAW FIRM, P.C**

2                                                      By:  */s/ Robert C. Moest*
                                                            Robert C. Moest, Of Counsel (SBN 62166)
3                                                           2530 Wilshire Boulevard, Second Floor
                                                            Santa Monica, CA 90403
4                                                           Telephone: (310) 915-6628
                                                            Facsimile: (310) 9150-9897
5                                                           Email:  rmoest@aol.com

6                                                           Timothy Brown
                                                            767 Third Avenue, Suite 2501
7                                                           New York, NY 10017
                                                            Telephone: (516) 922-5427
8                                                           Facsimile: (516) 344-6204
                                                            Email:  tbrown@thebrownlawfirm.net

9
                                                            *Counsel for Plaintiff Capistrano*
10

11

12  IT IS SO ORDERED .

13

14  Dated:  October 31, 2023

15                                                          ~~HONORABLE DONNA M. RYU~~
                                                            ~~UNITED STATES MAGISTRATE JUDGE~~
16
                                                            Maxine M. Chesney
17                                                          United States District Judge

18

19

20

21

22

23

24

25

26

27

28