```
LATHAM & WATKINS LLP
  Michele D. Johnson (SBN 198298)
  650 Town Center Drive, 20th Floor
  Costa Mesa, California 92626
  Telephone: 1.714.540.1235
  Email: michele.johnson@lw.com

  Colleen C. Smith (SBN 231216)
  12670 High Bluff Drive
  San Diego, California 92130
  Telephone: 1.858.523.5400
  Email: colleen.smith@lw.com

  Daniel R. Gherardi (SBN 317771)
  140 Scott Drive
  Menlo Park, California 94025
  Telephone: 1.650.328.4600
  Email: daniel.gherardi@lw.com
```

*Attorneys for Defendants Michael Cannon-Brookes, Scott Farquhar, Anu Bharadwaj, Cameron Deatsch, Shona Brown, Heather Fernandez, Sasan Goodarzi, Jay Parikh, Enrique Salem, Steven Sordello, Richard P. Wong, and Michelle Zatlyn, and Nominal Defendant Atlassian Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICIA CAPISTRANO, derivatively on behalf of ATLASSIAN CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL CANNON-BROOKES, SCOTT FARQUHAR, ANU BHARADWAJ, CAMERON DEATSCH, SHONA BROWN, HEATHER FERNANDEZ, SASAN GOODARZI, JAY PARIKH, ENRIQUE SALEM, STEVEN SORDELLO, RICHARD P. WONG, and MICHELLE ZATLYN<br><br>Defendants,<br><br>and<br><br>ATLASSIAN CORPORATION,<br><br>Nominal Defendant. | CASE NO. 3:23-cv-04584-MMC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Hon. Maxine M. Chesney |

**WHEREAS**, on September 6, 2023, Plaintiff Patricia Capistrano ("Plaintiff") filed the above-captioned shareholder derivative action (the "Action") on behalf of nominal defendant Atlassian Corporation ("Atlassian") in this Court alleging claims for breach of fiduciary duty, unjust enrichment, abuse of control, waste of corporate assets, and for violations of Sections 10(b) and 21D of the Securities Exchange Act of 1934 ("Exchange Act") against defendants Michael Cannon-Brookes, Scott Farquhar, Anu Bharadwaj, Cameron Deatsch, Shona Brown, Heather Fernandez, Sasan Goodarzi, Jay Parikh, Enrique Salem, Steven Sordello, Richard P. Wong, and Michelle Zatlyn (collectively, the "Individual Defendants," and with Atlassian, "Defendants," Plaintiff and Defendants, the "Parties");

**WHEREAS**, Atlassian and certain of the Individual Defendants were parties to a factually related securities class action captioned *City of Hollywood Firefighters' Pension Fund v. Atlassian Corporation*, Case No. 3:23-cv-00519-WHO (N.D. Cal.), which was pending before Judge William H. Orrick (the "Class Action");

**WHEREAS**, on September 8, 2023, defendants filed a motion to dismiss the amended complaint in the Class Action;

**WHEREAS**, on January 22, 2024, the Court granted the motion to dismiss in the Class Action with leave to amend;

**WHEREAS**, on March 1, 2024, the plaintiffs in the Class Action filed a second amended complaint;

**WHEREAS**, on April 19, 2024, defendants filed a motion to dismiss the second amended complaint in the Class Action;

**WHEREAS**, on August 13, 2024, the Court granted the motion to dismiss in the Class Action with leave to amend. On September 3, 2024, the plaintiffs in the Class Action filed a Notice of Intent Not to Amend Complaint. On September 3, 2024, the Court entered judgment dismissing the Class Action with prejudice. The thirty-day period within which to appeal from the judgment of dismissal in the Class Action has elapsed and lead plaintiffs did not appeal the judgment;

1  **WHEREAS**, the Parties have considered the decision and judgment dismissing the Class Action, and its impact on the claims asserted in the Action;

**WHEREAS**, pursuant to Federal Rules of Civil Procedure 41(a) and 23.1(c), Defendants requested Plaintiff to voluntarily dismiss the Action in its entirety without prejudice, and Plaintiff agreed to their request;

**WHEREAS**, Defendants have not answered, moved to dismiss, or otherwise responded to a complaint nor moved for summary judgment, dismissal under Fed. R. Civ. P. 41(a) is therefore appropriate;

**WHEREAS**, if this dismissal is granted, Atlassian will provide notice to shareholders of the dismissal of the Action in its next Form 10-Q filed with the U.S. Securities and Exchange Commission in the same manner that shareholders were previously notified of the pendency of the Action; and

**WHEREAS**, notice of the voluntary dismissal is not required in this instance because: (i) there has been no settlement or compromise of this Action; (ii) there has been no collusion among the Parties; (iii) no payment has been made or will be paid to any Party or his, her, or its counsel in connection with the voluntary dismissal; (iv) the voluntary dismissal is made without prejudice and therefore will not have any preclusive effect on any other action or Atlassian shareholder to pursue claims; and (v) Defendants will not suffer any prejudice as they do not oppose this voluntary dismissal.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties through their undersigned counsel of record and subject to approval of the Court, as follows:

1. This Action is DISMISSED without prejudice.

2. Plaintiff and Defendants shall bear their own attorneys' fees, costs, and expenses in relation to the Action.

3. For the reasons stated above, no notice of dismissal beyond the disclosure in Atlassian's next Form 10-Q following entry of this stipulation by the Court is required under Rule 23.1(c).

| | | |
|---|---|---|
| 1 | Dated: October 17, 2024 | **LATHAM & WATKINS LLP** |
| 2 | | By: /s/ Colleen C. Smith |
| 3 | | Colleen C. Smith (SBN 231216) |
| | | 12670 High Bluff Drive |
| 4 | | San Diego, California 92130 |
| | | Telephone: 1.858.523.5400 |
| 5 | | Email: colleen.smith@lw.com |
| 6 | | *Counsel for Defendants and Atlassian* |
| 7 | Dated: October 17, 2024 | **THE BROWN LAW FIRM, P.C** |
| 8 | | By: /s/ Robert C. Moest |
| | | Robert C. Moest, Of Counsel (SBN 62166) |
| 9 | | 2530 Wilshire Boulevard, Second Floor |
| | | Santa Monica, CA 90403 |
| 10 | | Telephone: (310) 915-6628 |
| | | Facsimile: (310) 9150-9897 |
| 11 | | Email: rmoest@aol.com |
| 12 | | Timothy Brown |
| | | 767 Third Avenue, Suite 2501 |
| 13 | | New York, NY 10017 |
| | | Telephone: (516) 922-5427 |
| 14 | | Facsimile: (516) 344-6204 |
| | | Email: tbrown@thebrownlawfirm.net |
| 15 | | |
| 16 | | *Counsel for Plaintiff Capistrano* |

IT IS SO ORDERED this 17th day Oct., 2024.

_Maxine M. Chesney_
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE